**JUDGE LEISURE**

07 CV 6115

Law Offices of George N. Proios, PLLC
Attorneys for Plaintiff
DIA SHIPPING CO. LTD.
1350 Broadway, Suite 1507
New York, New York 10018-7702
(212) 279-8880

JUN 28 2007
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIA SHIPPING CO. LTD.,

        Plaintiff,

- against -

ASTON AGRO-INDUSTRIAL A.G.,

        Defendant.

07 Civ.

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, George N. Proios, a member of the Bar of this Court and a member of the Law Offices of George N. Proios, PLLC, attorneys for plaintiff Dia Shipping Co. Ltd., certify upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the plaintiff which are otherwise publicly held in the U. S.

Dated: New York, New York
       June 28, 2007

Law Offices of George N. Proios, PLLC
Attorneys for Plaintiff
DIA SHIPPING CO. LTD.

By: _____
     George N. Proios (GP-9331)
     1350 Broadway, Suite 1507
     New York, New York 10018-7702
     (212) 279-8880