Law Offices of George N. Proios, PLLC
Attorneys for Plaintiff
DIA SHIPPING CO. LTD.
1350 Broadway, Suite 1507
New York, New York 10018-7702
(212) 279-8880

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIA SHIPPING CO. LTD.,

        Plaintiff,

- against -                                    07 Civ. 6115 (PKL)

ASTON AGRO-INDUSTRIAL A.G.,

        Defendant.

## *VOLUNTARY DISMISSAL*

No appearance, answer or motion for summary judgment having been made by the defendant herein, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Dia Shipping Co. Ltd., by its attorneys, Law Offices of George N. Proios, PLLC, voluntarily dismisses this action.

Dated: August 22, 2007
      New York, New York

                                Law Offices of George N. Proios, PLLC
                                Attorneys for Plaintiff
                                DIA SHIPPING CO. LTD.

                                By: _____
                                   George N. Proios (GP-9331)
                                1350 Broadway, Suite 1507
                                New York, New York 10018-7702
                                (212) 279-8880

SO ORDERED:  8/27/07

*[signature]*

U.S.D.J.